# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **QUIANA HEARD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:20-cv-1607 AMM |
| | ) |
| **TOWER LOAN,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On March 8, 2021, Plaintiff was ordered "to comply with the arbitration provision of the Installment Agreement and Arbitration Agreement as to any disputes or claims she wishes to assert against Tower Loan or its affiliated entities." Doc. 28 at 6-7. Over a year later, on August 5, 2022, the parties filed a joint status report informing the court that Plaintiff did not "submit[] any claims or disputes to an arbitrator as to Tower Loan." Doc. 37. On August 13, 2022, Plaintiff was ordered to show cause why her claims against Tower Loan should not be dismissed for failure to comply with a court order and for failure to prosecute. Doc. 38.

Plaintiff responded that the parties "had been trying to resolve this matter outside arbitration," that "it appears a resolution without arbitration is not possible,"

and that she "does not require the court to retain jurisdiction or keep this matter open while they pursue arbitration." Doc. 39 at 1.

Tower Loan's response established that Plaintiff has failed to prosecute this action with diligence and that dismissal is warranted. In particular, Tower Loan explained that in the seventeen months since Plaintiff was ordered to submit her claims to arbitration, she made a single settlement offer (on the deadline that the August 5, 2022 joint status report was due) and has otherwise failed to discuss resolution of the case. Doc. 42 ¶ 4.

The court finds that Plaintiff has failed to prosecute this action. Accordingly, this case is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this 14th day of December, 2022.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE